**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                           No. C 12-80297 WHA

MARC S. WEISSMAN – #108128

**ORDER OF SUSPENSION**

———————————————————/

     Because Marc S. Weissman has failed to respond to the order to show cause, Mr. Weissman's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:   February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE